BEFORE THE SECOND DIVISION, MARCH 3, 1960

No. 63909.—Twin Textiles Co. v. United States, protests 311730–K, 323487–K, and 320186–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 3, 1960

No. 63910.—I. B. Cohen & Sons Corp. v. United States, protest 59/7938 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that three cases, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the three cases of merchandise, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 63911.—I. B. Cohen & Sons Corp. v. United States, protest 59/7940 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that two cases, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the two cases of merchandise, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.